August 24, 2007

Mr. Gregory R. Ave
Walters, Balido & Crain, L.L.P.
900 Jackson Street, Suite 600
Dallas, TX 75202

Mr. Michael A. Golemi
Liskow & Lewis
First City Tower
1001 Fannin Street, Suite 1800
Houston, TX 77002
Mr. R. Lynn Fielder
Fisk & Fielder
2710 Stemmons Freeway, Ste. 400
Dallas, TX 75207

RE: Case Number: 05-0202
 Court of Appeals Number: 02-04-00131-CV
 Trial Court Number: 04-04-256

Style: ENERGY SERVICE COMPANY OF BOWIE, INC.
 v.
 SUPERIOR SNUBBING SERVICES, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. Justice Douglas S. Lang sitting by
appointment pursuant to section 22.005 of the Texas Government Code.
(Justice O'Neill not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Robinson |
| |Ms. Cristy Fuqua |